[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13756

Non-Argument Calendar

_____

TARA DUNCAN,

Plaintiff-Appellant,

*versus*

PEARSON EDUCATION, INC., et al,

Defendants,

NCS PEARSON, INC.,

Defendant-Appellee.

_____

2                    Opinion of the Court                23-13756

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cv-80285-AMC

_____

Before ROSENBAUM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Tara Duncan appeals from the district court's dismissal of her claims against NCS Pearson, Inc. ("Pearson"). We lack jurisdiction to review the order because it is not a final order adjudicating the rights and liabilities of all of the parties, as Duncan's claims against the other defendants remain pending in the district court. *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012). Moreover, the district court did not certify its order under Rule 54(b). *See* Fed. R. Civ. P. 54(b).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.